```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x            JUDGE LYNCH

UNITED STATES OF AMERICA          :    INDICTMENT

       - v. -                     :    08 Cr. _____

KENNY REYES,                      :
     a/k/a "Kenny Ramirez,"            08 CRIM 197
     a/k/a "Alfredo Ramirez,"
     a/k/a "Noel Ramirez,"
                                  :
              Defendant.
                                  :
- - - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

On or about November 16, 2007, in the Southern District of New York, KENNY REYES, a/k/a "Kenny Ramirez," a/k/a "Alfredo Ramirez," a/k/a "Noel Ramirez," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction for Robbery in the First Degree, in violation of New York Penal Law 160.15, a class B felony, on or about March 2, 1999, in New York Supreme Court, New York County, without having obtained the express consent of the Attorney General of the United States or

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 10 2008
```

his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____            *Michael J. Garcia*
FOREPERSON                                            MICHAEL J. GARCIA
                                                      United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KENNY REYES,
a/k/a "Kenny Ramirez,"
a/k/a "Alfredo Ramirez,"
a/k/a "Noel Ramirez,"

Defendant.

**INDICTMENT**

08 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

        MICHAEL J. GARCIA
      United States Attorney.

**A TRUE BILL**

_____
                           Foreperson.

3/10/08 [handwritten annotation, illegible]