```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :        AFFIRMATION

     - v. -                      :        08 Cr. 0197 (GEL)

KENNY REYES,                     :
     a/k/a "Kenny Ramirez,"
     a/k/a "Alfredo Ramirez,"    :
     a/k/a "Noel Ramirez,"
                                 :
          Defendant.
                                 :
- - - - - - - - - - - - - - - - - x
```

SOUTHERN DISTRICT OF NEW YORK, ss:

JEFF ALBERTS, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is in charge of the above-entitled matter; that one KENNY REYES, a/k/a "Kenny Ramirez," a/k/a "Alfredo Ramirez," a/k/a "Noel Ramirez," the defendant, now incarcerated at the George R. Vierno Detention Center, East Elmhurst, New York, has been charged in a Complaint with violating Title 8, United States Code, Sections 1326(a) and (b)(2).

By this application, the Government seeks a writ of habeas corpus ad prosequendum so that KENNY REYES, the defendant, can be brought before this Court to be available for prosecution in the above-entitled matter. No previous application for similar relief has been made.

WHEREFORE, your deponent respectfully requests that a

writ of habeas corpus ad prosequendum issue, directing the Warden of the George R. Vierno Detention Center, East Elmhurst, New York, and the United States Marshal for the Southern District of New York to produce the above-named defendant to custody of the Warden of the Metropolitan Correctional Center, or person there in charge, to be available for prosecution, as soon as the defendant is available, and to appear as necessary thereafter in that case until KENNY REYES, the defendant, has been discharged or has been convicted and sentenced, and to return him immediately thereafter to the George R. Vierno Detention Center, East Elmhurst, New York.

       I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

                                           s/Jeff Alberts
                                           Jeff Alberts
                                           Assistant United States Attorney
                                           (212) 637-1038

Dated:    March 18, 2008
           New York, New York