USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                   :
UNITED STATES OF AMERICA,                          :
                                                   :   08 CR. 197 (GEL)
            - v -                                  :
                                                   :   **ORDER**
KENNY REYES,                                       :
                                                   :
                        Defendant.                 :
-----------------------------------------------------------------x

GERARD E. LYNCH, <u>District Judge</u>:

      The Court has received a letter from the government requesting, with defendant's consent, an adjournment of the conference scheduled for April 4, 2008, and consenting to the exclusion of time under the Speedy Trial Act until the adjourned date. As this adjournment is sought to allow the defendant time to review recently disclosed discovery material, the Court finds that the reasons for the continuance are in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that:

      1. The conference is adjourned to April 18, 2008, at 3:00 p.m.

      2. The time from April 7, 2008, until April 18, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       April 7, 2008

                                                  _____
                                                  GERARD E. LYNCH
                                                  United States District Judge