USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    - v -

KENNY REYES,

              Defendant.

------------------------------------------------------------x

08 CR. 197 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court has received a letter from the defendant requesting, with the government's consent, an adjournment of the conference scheduled for May 23, 2008, and consenting to the exclusion of time under the Speedy Trial Act until the adjourned date. As this adjournment is sought to allow the defendant time to finalize plea discussions, the Court finds that the reasons for the continuance are in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that:

    1. The conference is adjourned to June 13, 2008, at 10:30 a.m.

    2. The time from May 23 until June 13, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       May 22, 2008

_____
GERARD E. LYNCH
United States District Judge