UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                    :

       Plaintiff,                           :

  - v. -                                     :

KENNY REYES,                                 :
   a/k/a "Kenny Ramirez,"
   a/k/a "Alfredo Ramirez,"                  :
   a/k/a "Noel Ramirez,"
                                        :

       Defendant.
                                        :
- - - - - - - - - - - - - - - - -x

**ECF CASE**

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

08 Cr. 197 (GEL)

TO:  Clerk of Court
     United States District Court
     Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                       Respectfully submitted,

                                       MICHAEL J. GARCIA
                                       United States Attorney for the
                                       Southern District of New York

                                    by: /s/_____

                                       Amie N. Ely
                                       Assistant United States Attorney
                                       (212) 637-2214